IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY | § § | |
| *Plaintiff and counter-Defendant,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-00180-O |
| VSCL CORP. D/B/A CANALES FURNITURE | § § § | |
| *Defendant and counter-Plaintiff.* | § | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Counter-Defendant Nationwide General Insurance Company provides notice to the Court that Nationwide General Insurance Company ("Nationwide") and VSCL Corp. d/b/a Canales Furniture ("VSCL") (collectively, the "Parties") have agreed to a settlement of all claims in this lawsuit, but the settlement is not yet complete. Accordingly, the Parties respectfully requests that this matter be removed from the Court's trial docket for March 28, 2022 and that any other pending matters be removed from the Court's calendar while the parties finish the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(signatures on following page)*

Respectfully submitted,

| | |
|---|---|
| */s/ Javier Delgado (w/ permission EDC)* | */s/ Patrick M. Kemp* |
| Javier Delgado | Patrick M. Kemp |
| Texas Bar No. 24066339 | Texas Bar No. 24043751 |
| jdelgado@merlinlawgroup.com | pkemp@smsm.com |
| 515 Post Oak Blvd., Ste. 510 | Robert G. Wall |
| Houston, Texas 77027 | Texas Bar No. 24072411 |
| (713) 626-8880 | rwall@smsm.com |
| (713) 626-8881 – Facsimile | Ethan D. Carlyle |
| | Texas Bar No. 24031794 |
| **ATTORNEY FOR VSCL Corp. DBA CANALES FURNITURE** | ecarlyle@smsm.com |
| | Segal McCambridge Singer & Mahoney |
| | 100 Congress Avenue, Suite 800 |
| | Austin, Texas 78701 |
| | (512) 476-7834 |
| | (512) 476-7832 - Facsimile |
| | |
| | **ATTORNEYS FOR NATIONWIDE GENERAL INSURANCE COMPANY** |

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via efile on this the 29th day of November, 2021.

Javier Delgado
The Merlin Law Group
515 Post Oak Blvd., Suite 510
Houston, Texas 77027
jdelgado@merlinlawgroup.com

                                          */s/ Patrick M. Kemp*
                                          Attorney for Defendant